UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **LATEICE RENEE BUMPERS** | **:** | **CASE NUMBER A11-86716-WLH** |
| | **:** | |
| **DEBTOR** | **:** | **JUDGE HAGENAU** |

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on March 28, 2012:**

Following review of proposed amendment(s)

 **The Attorney for the Trustee has reviewed the case as instructed, and:**

Recommends dismissal because:

The Debtor has failed to provide tax refund of $1,000.00

*Please enter an Order of Dismissal*

This the 26th day of April, 2012

```
       ___/s_____
       Maria J. Kirtland, Attorney for Chapter 13 Trustee
       GA Bar Number 118350
       303 Peachtree Center Ave., NE
       Suite 120
       Atlanta, GA  30303
       678) 992-1201
```

*/nt*

**CASE NO.  A11-86716-WLH**

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served

Debtor:
Lateice Renee Bumpers
1823 Springhill Cove
Lithonia, GA 30058

Attorney for Debtors:
Clark & Washington, P.C.
Bldg. 3, Suite A
3300 Northeast Expwy.
Atlanta, GA 30341

the Trustee's Supplemental Report by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

      This the 26th day of April, 2012


__/s_____
Maria J. Kirtland, Attorney for Chapter 13 Trustee
GA Bar Number 118350
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201